## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN SCANLON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JEANES HOSPITAL, a/k/a TEMPLE | : | |
| UNIVERSITY HEALTH SYSTEM | : | No. 06-2424 |

## SPECIAL VERDICT QUESTIONS

1.    Did Susan Scanlon prove by a preponderance of the evidence that her age was a determinative factor when Jeanes Hospital terminated her employment?

Yes _____✓_____    No    _____

**If you answered "NO" to Question #1, your deliberations are complete.  The foreperson should sign the verdict slip and you should notify the appropriate court personnel.**

**If you answered "YES" to Question #1, proceed to Question #2.**

2.    What, if any, is the amount of backpay damages Susan Scanlon has proved by a preponderance of the evidence that she would have received from Jeanes Hospital if she had not been terminated in January, 2005?

Amount:    $ _126,800.00_ (Stating the amount or, if none, write the word "none").

3.    What, if any, is the amount of frontpay damages Susan Scanlon has proved by a preponderance of the evidence that she would receive from Jeanes Hospital if she had not been terminated in January, 2005?

Amount:    $ _40,000.00_ (Stating the amount or, if none, write the word "none").

4.      What, if any, is the amount defendant has proved by a preponderance of the evidence should be deducted for plaintiff's failure to mitigate damages following her termination?

Amount:        $ _~~600.00~~_ NONE   (Stating the amount or, if none, write the word "none").

5.      Has Susan Scanlon proved by a preponderance of the evidence that Jeanes Hospital wilfully violated the Age Discrimination in Employment Act?

Yes  _____          No  ✓

**Your deliberations are over.  The foreperson should sign the verdict slip and notify the appropriate court personnel.**

Date _Oct 1, 2007_            Foreperson _[signature]_
MICHAEL J. HISKY

**PLEASE NOTIFY THE DEPUTY CLERK WHEN YOUR DELIBERATIONS HAVE BEEN COMPLETED**

2