**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **SUSAN SCANLON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JEANES HOSPITAL, a/k/a TEMPLE** | : | |
| **UNIVERSITY HEALTH SYSTEM** | : | **NO.  06-2424** |

## JUDGMENT ORDER

AND NOW, this 10th day of October, 2007, it is **ORDERED** that in accordance with special interrogatories to the jury, dated October 1, 2007, and the court's Findings of Fact and Conclusions of Law, dated October 10, 2007, judgment is entered in favor of plaintiff, Susan Scanlon and against defendant, Jeanes Hospital a/k/a Temple University Health System in the amount of $256,800.00 with interest and costs.


/s/ Norma L. Shapiro
S.J.