UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSAN SCANLON              :
                           :   CIVIL ACTION NO. 06-2424
v.                         :
                           :
JEANES HOSPITAL, A/K/A TEMPLE :
UNIVERSITY HEALTH SYSTEM   :

## NOTICE OF APPEAL

Notice is hereby given that Jeanes Hospital, a/k/a Temple University Health System, the Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from: (1) the final civil Judgment entered in this action on the 23rd day of January, 2008 [Docketed No. 78-3] and (2) the Order granting the Plaintiff's Post-Trial Motion and denying the Defendants' Motion for Judgment [Docketed No. 78-2]. This Notice of Appeal timely follows the entry of the last Order entered by the Court on January 23, 2008 [Docketed No. 78].

Pursuant to Third Circuit Local Appellate Rule 3.1, a copy of this notice is being provided to the trial judge, the Honorable Norma L. Shapiro.

Respectfully submitted,

STEVENS AND LEE

Dated: January 31, 2008      By: _____
                             Larry J. Rappoport, Esquire
                             Attorney I.D. No. 26922
                             Theresa M. Zechman, Esquire
                             Attorney I.D. No. 85878
                             620 Freedom Business Center
                             Suite 200
                             King of Prussia, PA 19406
                             Phone: (610) 205-6039
                             Fax : (610) 371-7977
                             Email : ljr@stevenslee.com
                                     tmz@stevenslee.com
                             *Attorneys for Defendant Jeanes Hospital, a/k/a Temple University Health System*

## CERTIFICATE OF SERVICE

I, Theresa M. Zechman, Esquire, certify that on this date, I served a true and correct copy of the foregoing Notice of Appeal upon the following individuals by United States Mail, postage prepaid, addressed as follows:

>WILLIAM J. FOX, ESQUIRE
>Law Offices of William J. Fox, P.C.
>1417 Locust Street
>Fourth Floor
>Philadelphia, PA  19102

Dated: January 31, 2008

_____
Theresa M. Zechman